Larry VANDENBERG, Respondent,

v.

SWANSON & YOUNGDALE, INC.,
Self–Insured/Berkley Risk Admin-
istrators Company, Relators,

and

St. Mary's Duluth Clinic Health System,
Duluth Building Trades Health &
Welfare Fund, and Hennepin Faculty
Associates, Intervenors.

No. A12–1848.

Supreme Court of Minnesota.

May 2, 2013.

Kay Nord Hunt, Richard L. Plagens,
Lommen, Abdo, Cole, King & Stageberg,
P.A., Minneapolis, MN, for relators.

Ronald R. Envall, LaCourse & Envall,
P.A., Duluth, MN, for respondent.

## ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed and served on September 18, 2012, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (explaining that "[s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view," doing no more than establishing the law of the case).

Employee is awarded $1,200 in attorney fees.

BY THE COURT:

/s/_____
Wilhelmina M. Wright
Associate Justice